IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THELMA WILLIAMS,**                                                                                     **PLAINTIFF**
ADC # 093197

v.                               Case No. 4:22-cv-00208-LPR-JTK

**TODD BALL, et al.**                                                                                     **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Jerome T. Kearney. The Court has also received numerous objections and related filings submitted by Plaintiff. After carefully considering the PFRD and all of Plaintiff's objections, and after making a *de novo* review of the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1.  Plaintiff's Complaint is DISMISSED without prejudice.

2.  Should Plaintiff wish to continue this case, Plaintiff must submit the statutory filing fee of $402.00 to the Clerk, noting the above case style and number, within fifteen (15) days of the date of this Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3.  The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.[1]

---

[1] 28 U.S.C. § 1915(a)(3).

DATED this 11th day of April 2022.

                                                                                                                _____
                                                                                                                LEE P. RUDOFSKY
                                                                                                                UNITED STATES DISTRICT JUDGE