IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THELMA WILLIAMS,**                                                      **PLAINTIFF**
ADC # 093197

v.                    Case No. 4:22-cv-00208-LPR

**TODD BALL, et al.**                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed on this date, it is considered, ordered, and adjudged that all of Plaintiff's claims are dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 11th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).